UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00382-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

4.  ABRAHAM ANCHONDO-RAMIREZ,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A Notice of Disposition was received as to Defendant Abraham Anchondo-Ramirez on January 19, 2011.  A Change of Plea Hearing is **SET** for **Monday, March 21, 2011, at 4:00 p.m.** in Courtroom A-1002.

     **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

     Dated: January 20, 2011