**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | March 21, 2011 | Prob/Pret: | Gary Kruck |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Cathy Bahr |
| Court Reporter/ECR: | Therese Lindblom | | |

Criminal Case No.   **10-cr-00382-WYD**            Counsel:

UNITED STATES OF AMERICA,                         Susan "Zeke" Knox

       Plaintiff,

v.

**4.  ABRAHAM ANCHONDO-RAMIREZ**,            Boston H. Stanton, Jr.

       Defendant.

**ARRAIGNMENT AND CHANGE OF PLEA, and SENTENCING HEARING**

**4:12 p.m.**     Court in Session - Defendant present (in-custody)

       APPEARANCES OF COUNSEL.

       Interpreter sworn (Spanish)

       Court's opening remarks.

       Waiver of Indictment executed; Felony Information filed.

       Information read to defendant.

       Defendant pleads **GUILTY** to **count one of Information.**

       Defendant sworn

       Defendant answers true name;  Defendant **28** years old

|  |  |
|---|---|
|  | Defendant's right to an indictment by a grand jury explained. |
|  | **EXHIBITS:**   **Exhibit I** - Plea Agreement; **Exhibit I-A** - Plea Agreement (Spanish);  **Exhibit II** - Statement by Defendant in Advance of Plea of Guilty; **Exhibit II-A** - Statement by Defendant in Advance of Plea of Guilty (Spanish) |
|  | **ORDERED:**   Court Exhibits **I, I-A, II** and **II-A** are **RECEIVED**. |
|  | Defendant advised of maximum penalties. |
|  | Defendant advised of constitutional rights. |
|  | Government outlines evidence. |
|  | Court accepts plea of guilty. |
| 4:43 p.m. | Statement on behalf of Government (Ms. Knox). |
| 4:44 p.m. | Statement on behalf of Defendant (Mr. Stanton). |
| 4:46 p.m. | Statement by Defendant on his own behalf (Mr. Anchondo-Ramirez). |
| 4:47 p.m. | Statement on behalf of Probation (Mr. Kruck). |
|  | Court makes findings. |
| **ORDERED:** | Government's Title 18 U.S.C. § 3553(e) and § 5K1.1 Motion for Downward Departure Based on Substantial Assistance (doc. #160), filed March 18, 2011, is **DENIED AS MOOT.** |
| **ORDERED:** | Government's Motion Regarding Acceptance of Responsibility (doc. #159), filed March 18, 2011, is **GRANTED.** |
| **ORDERED:** | Defendant be **imprisoned** for **TIME SERVED.** |
| **ORDERED:** | Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years. |
| **ORDERED:** | **Conditions** of **Supervised Release** are: |
| (X) | Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released. |
| (X) | Defendant shall not commit another federal, state or local crime. |

|   |   |   |
|---|---|---|
| (X) | | Defendant shall not possess a firearm as defined in 18 U.S.C. § 921. |
| (X) | | Defendant shall comply with standard conditions adopted by the Court. |
| (X) | | Defendant shall not unlawfully possess a controlled substance. |
| (X) | | The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d) because the it is likely that the defendant will be deported. |
| (X) | | The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer. |

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X)   If the defendant is deported, he shall not re-enter the United States illegally.  If the Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Government's Motion to Dismiss Indictment as to Defendant Abraham Anchondo-Ramirez (doc. #161), filed March 18, 2011, is **GRANTED.**

Order Dismissing Indictment as to Defendant Abraham Anchondo-Ramirez Only is **APPROVED BY THE COURT.**

**ORDERED:**   The Court directs and orders the U.S. Marshal to release the defendant to the custody of I.C.E. forthwith, without any further delay, and it's up to I.C.E. to decide how the defendant's processed.

**ORDERED:**   Defendant is **REMANDED** to custody of U.S. Marshal.

**4:54 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :42**