# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00382-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. ABRAHAM ANCHONDO-RAMIREZ,

    Defendant.

## ORDER

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 of the United States Sentencing Guidelines having come before the Court and the Court being fully advised, it is hereby

ORDERED that Government's Motion Regarding Acceptance of Responsibility [ECF No. 159], filed March 18, 2011, is **GRANTED.** It is further

ORDERED that the Defendant receive a reduction of three levels in the base offense level for acceptance of responsibility as provided by §3E1.1(a) and (b) of the United States Sentencing Guidelines.

Dated this 21st day of March, 2011.

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL,
                                      CHIEF UNITED STATES DISTRICT JUDGE