# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00382-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  ABRAHAM ANCHONDO-RAMIREZ,

    Defendant.

---

## ORDER DISMISSING INDICTMENT AS TO
## DEFENDANT ABRAHAM ANCHONDO-RAMIREZ ONLY

---

THIS MATTER comes before the Court on the United States' Motion to Dismiss the Indictment as to Defendant Abraham Andhondo-Ramirez.  The Court having reviewed the Motion and being fully advised in the premises, it is hereby

ORDERED that Government's Motion to Dismiss Indictment as to Defendant Abraham Anchondo-Ramirez Only [ECF No. 161], filed March 18, 2011, is **GRANTED.** It is further

ORDERED that pursuant to the plea agreement, all counts of the Indictment are **DISMISSED** as to Defendant Abraham Anchondo-Ramirez only.

Dated this 21st day of March, 2011.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE